COMMONWEALTH of Pennsylvania, Respondent

v.

**Mohamed M. ALI, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the court of common pleas for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa.2013).